IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD TRAINER, GLEN BEATTY, WAYNE TODD, JOHN ARMSTRONG, KIRK BASKO, WILLIAM BLANEY, COREY BRANDEBURA, JUSTIN BROWN, WILLIAM BURNS, DAVID CAPP, CHRISTIAN CLAYTON, DONALD DEWITT, TONY D'IGNAZIO, GLEN DUDICZ, ALAN DUNN, ROBERT ENGLISH, JIM FISHER, PATRICK FONTANA, SABLE GRIEDEL, CHAD HARRIS, JARED HERGENROEDER, ZACHARY HOHMAN, CHAD JENKINS, DAVID LEATHERS, STERLING LONG, KENNETH LUFFY, KEVIN MALONEY, GENE MARNELL, JEFFREY MARZOLE, HENTON MATHIS, JOH MCNALLY, MATTEW MEIER, HARRY POKORA, PATRICK POMFRET, JAMES POWERS, RANDY ROSAK, MATT STEFANYAK, LANCE TACIK, BRADLEY TINGLER, BEN TRANCHINI, GEORGE VEREB, JAMES WELLINGTON, WILLIAM WOLFE, BILL ZANE, WILLIAM PLANITZER, FREDERICK REED and JOHN RUNSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>WEST PENN ALLEGHENY HEALTH SYSTEM, INC. and ALLEGHENY HEALTH NETWORK,<br><br>          Defendants. | Civil Action<br><br>No. 2:23-cv-01237-MRH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs, through their undersigned counsel, respectfully move this Court for an Order preliminarily approving the Parties' settlement. For the reasons stated further in their

- 2 -

Memorandum of Law in Support and the Declaration of David M. Kobylinski, Esq., Plaintiffs request that the Court enter an Order:

1. Granting preliminary approval of the proposed Settlement Agreement and preliminarily approving the allocation formula to the Settlement Class;

2. Provisionally certifying the Class pursuant to Fed. R. Civ. P. 23 for the purposes of settlement;

3. Preliminarily appointing the named Plaintiffs in the case caption as Representatives of the Class;

4. Preliminarily appointing the undersigned as Class Counsel for the Class;

5. Approving Rust Consulting Inc. as Settlement Administrator and preliminarily approving the costs of administration;

6. Approving the plan of notice to the Class Members, including Exhibits A and B to the Settlement Agreement; and

7. Approving the proposed schedule and procedure for the final approval of this Settlement.

8. Defendants do not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

- 3 -

                Respectfully submitted,

                /s/ David M. Kobylinski
                David M. Kobylinski, Esquire
                304 Ross Street, Ste 510
                Pittsburgh, PA 15219
                (412) 281-6600
                dave@koby.law

                *Counsel for Plaintiffs*

Dated: October 24, 2025