IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD TRAINER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:23-cv-01237-MRH |
| ) | |
| WEST PENN ALLEGHENY HEALTH ) | |
| SYSTEM, INC. and ALLEGHENY ) | |
| HEALTH NETWORK, ) | |
| ) | |
| Defendants. ) | |

## [~~PROPOSED~~] ORDER

AND NOW, this 30th day of October, 2025, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

(1) preliminary approval of the proposed Settlement Agreement is **GRANTED**;

(2) the proposed Class is provisionally **CERTIFIED** pursuant to Rule 23 for the purposes of settlement;

(3) the allocation formula to the Settlement Class is preliminarily **APPROVED**;

(4) Plaintiffs are preliminarily **APPOINTED** as Representatives of the Class;

(5) David M. Kobylinski, Esq. of Kobylinski + Kobylinski is preliminarily **APPOINTED** as Class Counsel for the Class;

(6) Rust Consulting, Inc. is **APPROVED** as Settlement Administrator and the costs of administration are preliminarily **APPROVED**;

(7) the plan of notice to the Class Members, including approving the Notices attached to the Settlement Agreement is **APPROVED**;

(8) the proposed schedule and procedure for the final approval of this Settlement is **APPROVED**;*

(9) a final hearing on the fairness of the Settlement is **SCHEDULED** for the 22D day of APRIL 2026 @ 1:30 PM [circa 150 days from date of approval to allow for production of data, mailing of class notice, and objections and requests for exclusion]. The hearing will be conducted by Zoom videoconference, unless otherwise ordered.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

* All objections to the Proposed Settlement shall be transmitted so as to be received by the Court on or before April 8, 2026; Further, on or before March 1, 2026, the Defendants shall file on the docket a Notice setting forth the gross amount of each settlement payment by class member (whose names may be anonymized), broken down by unpaid overtime and liquidated damage amounts, along with the listing for each class member of the face value of unpaid overtime for the Class Period, if the pro rata reduction under Paragraph 27(d) of the Settlement Agreement has been implemented.